# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LIFE AT TREEVIEW
FILLMORE PROPERTY GROUP, LTD.

      PLAINTIFF

V.

THE PRINCETON EXCESS & SURPLUS
LINES INSURANCE COMPANY;
MUNICH REINSURANCE AMERICA;
BRIDGEWAY INSURANCE COMPANY
and CRAWFORD & COMPANY
a/k/a CRAWFORD GLOBAL TECHNICAL
SERVICES LLC

      DEFENDANTS

CIVIL ACTION FILE
1:25-cv-00395-MHC

## JOINT CONSENT MOTION TO DROP DEFENDANTS AND FOR LEAVE TO AMEND COMPLAINT

**COME NOW,** the Plaintiff and Defendants, by and through counsel, and file Joint Consent Motion to Drop Defendants and for Leave to Amend Complaint, pursuant to the Federal Rules of Civil Procedure, and in support thereof would show unto this Court the following:

1. Plaintiff's Complaint was originally filed in Gwinnett County State Court on December 23, 2024 against Defendants Princeton Excess & Surplus Lines Insurance Company, Munich Reinsurance America, Bridgeway Insurance Company, and Crawford & Company a/k/a Crawford Global Technical Services

1

LLC ("Defendants").

2.     On January 29, 2025, the Defendants filed a Notice of Removal to this Court. [Doc. #1].

3.     On February 5, 2025, Defendant Crawford & Company ("Crawford") filed their Motion to Dismiss. [Doc. #2].

4.     On February 21, 2025, Defendants Munich Reinsurance America ("Munich Re"), Bridgeway Insurance Company ("Bridgeway"), and the Princeton Excess & Surplus Lines Insurance Company ("PELSIC") filed their Motion to Dismiss Defendants Munich Reinsurance America and Bridgeway Insurance Company and Partial Motion to Dismiss Fewer than all Claims Against the Princeton Excess & Surplus Lines Insurance Company. [Doc. #6]

5.     As a result of numerous discussions and correspondences, the Plaintiff and Defendants were able to resolve their issues concerning proper parties and allegations to be pursued.

6.     Accordingly, the parties, pursuant to F.R.C.P. 21, request that the Court enter an Order dropping Defendants Crawford, Munich Re, and Bridgeway without prejudice.

7.     Additionally, the parties jointly agree to Plaintiff filing an amended complaint.

6.      Counsel respectfully requests that the Court grant the Plaintiff leave

to amend its original Complaint and grant Plaintiff fourteen (14) days from the entry of the Order within which to file the Amended Complaint in the form attached hereto as Exhibit 1.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully move this Court to drop Defendants Crawford, Munich Re, and Bridgeway. Plaintiff also requests that this Court allow Plaintiff to amend their complaint by filing an Amended Complaint within fourteen (14) days of the entry of the Order.

Respectfully submitted, this the 25th day of April, 2025.

> **LIFE AT TREEVIEW – FILLMORE PROPERTY GROUP, LTD.**
>
> By: */s/ John F. Hawkins*
> John F. Hawkins

OF COUNSEL:

John F. Hawkins, Esquire (GA Bar No. 621979)
HAWKINS LAW, P.C.
226 North President Street (39201)
Post Office Box 24627
Jackson, Mississippi 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com

3

*/s/ Matthew J. Leonard*
Matthew J. Leonard, Esq.
Baker, Donelson, Bearman Caldwell & Berkowitz, PC
Monarch Plaza, Suite 1500
3414 Peachtree Road NE
Atlanta, Georgia 30326
mleonard@bakerdonelson.com
*Attorney for Defendant Crawford & Company*


*/s/ Seth M. Friedman*
Seth M. Friedman, Esq.
Marshall S. Sims, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
Seth.friedman@lewisbrisbois.com
Marshall.sims@lewisbrisbois.com
*Attorneys for Defendants Princeton Excess and Surplus Lines Insurance Company, Bridgeway Insurance Company, and Munich Reinsurance America*

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C) and 7.1 (D).

This the 25th day of April, 2025.

*/s/ John F. Hawkins*
John F. Hawkins

4

## <u>CERTIFICATE OF SERVICE</u>

I, John F. Hawkins, hereby certify that on this day I served a copy of the foregoing document by filing the same with the Clerk of Court using the ECF electronic filing system, which will automatically send an email notification of such filing to the following counsel of record:

Matthew J. Leonard, Esq.
Baker, Donelson, Bearman Caldwell & Berkowitz, PC
Monarch Plaza, Suite 1500
3414 Peachtree Road NE
Atlanta, Georgia 30326
mleonard@bakerdonelson.com
*Attorney for Defendant Crawford & Company*

Seth M. Friedman, Esq.
Marshall S. Sims, Esq.
Lewis,Brisbois,Bisgaard&Smith, LLP
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308
Seth.friedman@lewisbrisbois.com
Marshall.sims@lewisbrisbois.com
*Attorneys for Defendants Princeton Excess and Surplus Lines Insurance Company, Bridgeway Insurance Company, and Munich Reinsurance America*

This the 25th day of April, 2025.

/s/ John F. Hawkins
John F. Hawkins