IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LIFE AT TREEVIEW
FILLMORE PROPERTY GROUP, LTD.

    PLAINTIFF

V.

THE PRINCETON EXCESS & SURPLUS
LINES INSURANCE COMPANY;
MUNICH REINSURANCE AMERICA;
BRIDGEWAY INSURANCE COMPANY
and CRAWFORD & COMPANY
a/k/a CRAWFORD GLOBAL TECHNICAL
SERVICES LLC

    DEFENDANTS

CIVIL ACTION FILE
1:25-cv-00395-MHC

## AGREED ORDER

THIS CAUSE having come before the Court on the Parties' Joint Consent Motion to Drop Defendants and for Leave to Amend Complaint, and the Court having reviewed the facts and circumstances surrounding said Motion, finds the Motion to be well-taken:

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants Munich Reinsurance America, Bridgeway Insurance Company, and Crawford & Company a/k/a Crawford Global Technical Services LLC are hereby dropped as

1

parties in this action, without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall file its

Amended Complaint within fourteen (14) days of the entry of this Agreed Order.

**SO ORDERED AND ADJUDGED**, this the 28th day of April,

2025.

By: _____
DISTRICT COURT JUDGE

AGREED TO:

*/s/ John F. Hawkins*
John F. Hawkins, Esq.
HAWKINS LAW, P.C.
john@hgattorneys.com
*Attorney for Plaintiff*

*/s/ Matthew J. Leonard*
Matthew J. Leonard, Esq.
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
mleonard@bakerdonelson.com
*Attorney for Defendant Crawford & Company*

*/s/ Seth M. Friedman*
Seth M. Friedman, Esq.
Marshall S. Sims, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH LLP
Seth.friedman@lewisbrisbois.com
Marshall.sims@lewisbrisbois.com
*Attorneys for Defendants Princeton Excess and Surplus Lines Insurance Company,*
*Bridgeway Insurance Company, and Munich Reinsurance America*