## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LIFE AT TREEVIEW FILLMORE
PROPERTY GROUP, LTD,

      Plaintiff,

v.

THE PRINCETON EXCESS &
SURPLUS LINES INSURANCE
COMPANY,

      Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-395-MHC

### ORDER

The parties having informed the Court of settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case. These parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 31st day of July, 2025.

MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.